UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ELEC-TECH INTERNATIONAL (H.K.) CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 4:06CV1447 CDP |
| DIRECT SALES LIMITED, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the Jury Trial setting of December 8, 2008 is vacated and all pending motions are denied without prejudice.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of December, 2008.