UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELEC-TECH INTERNATIONAL CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1447CDP |
| ) | |
| DIRECT SALES LIMITED, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case was set for jury trial today, but reached settlement over the weekend. The Court received notification of the settlement after it was too late to notify the jurors not to appear, and 17 jurors appeared for this case who could not be used in another case. The jury costs attributable to those 17 unused jurors are as follows: Service $680.00, Mileage $476.19, and Parking $102.00, for a total of $1,258.19. As part of the settlement, plaintiff agreed to be responsible for any jury costs that might be assessed, so I will assess the full amount to plaintiff. Accordingly,

**IT IS FURTHER ORDERED** that plaintiff Elec-Tech International Co., Ltd. shall pay $1,258.19 into the registry of the Court to satisfy the above-referenced jury costs no later than **January 5, 2009.**

Dated this 8th day of December, 2008.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE